AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| ISAAC THOMAS | ) |
| DOB: XXXXXX | ) |
| CHRISTINA LEGROS | ) |
| DOB: XXXXXX | ) |
| *Defendant(s)* | |

Case: 1:23-mj-24
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date : 1/24/2023
Description: Complaint with Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

8 U.S.C. § 1752(a)(1) - Entering or Remaining in an Restricted Building or Grounds. (Isaac Thomas and Christina Legros)
18 U.S.C. § 1752(a)(2) -  Disorderly or disruptive conduct in, a  restricted building or grounds (Isaac Thomas and Christina Legros)
18 U.S.C. § 1752(a)(4) -  Engaging in physical violence in a restricted building or grounds. (Isaac Thomas)
18 U.S.C. § 1752(b)(1)(A) - Entering and remaining in a restricted building or grounds with a deadly or dangerous weapon.  (Isaac Thomas)
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building. (Isaac Thomas and Christina Legros)
40 U.S.C. § 5104(e)(2)(F)- Act of physical violence in the Capitol Grounds or Buildings.(Isaac Thomas)
40 U.S.C. § 5104(e)(2)(G)-parade, demonstrate, or picket in any of the Capitol Buildings.(Isaac Thomas and Christina Legros)
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon. (Isaac Thomas)
18 U.S.C. § 1512(c)(2)-Obstruction of an official proceeding.(Isaac Thomas )
18 U.S.C. 231(a)(3)-Civil disorder (Isaac Thomas)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Owen Nearhoof , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/24/2023

*Judge's signature*

City and state: Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*