AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| ISAAC THOMOAS | ) Case: 1:23-mj-24 |
|  | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date : 1/24/2023 |
|  | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                    ISAAC THOMAS                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in an Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) -  Disorderly or disruptive conduct in, a  restricted building or grounds
18 U.S.C. § 1752(a)(4) -  Engaging in physical violence in a restricted building or grounds.
18 U.S.C. § 1752(b)(1)(A) - Entering and remaining in a restricted building or grounds with a deadly or dangerous weapon.
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building.
40 U.S.C. § 5104(e)(2)(F)- Act of physical violence in the Capitol Grounds or Buildings.
40 U.S.C. § 5104(e)(2)(G)-parade, demonstrate, or picket in any of the Capitol Buildings.
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon.
18 U.S.C. § 1512(c)(2)-Obstruction of an official proceeding.
18 U.S.C. 231(a)(3)-Civil disorder

Date: 01/24/2023

City and state:     Washington, D.C.

2023.01.24
17:44:24
-05'00'

*Issuing officer's signature*

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/24/2023 , and the person was arrested on *(date)* 01/26/2023
at *(city and state)* Flint, Michigan .

Date: 01/26/2023

*Arresting officer's signature*

Sean Thomas, Special Agent - FBI
*Printed name and title*